UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
ELBA ALVAREZ,                                           :
                                                        :       19 Civ. 3857 (PAE)
                                Plaintiff,              :
                                                        :       ORDER
                -v-                                     :
                                                        :
CITY OF NEW YORK, et al.,                               :
                                                        :
                                Defendant.              :
                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On October 29, 2020, the Court granted the letter motion to reopen this case through November 13, 2020, to enable consummation of the parties' settlement. Dkt. 39. On May 10, 2022, the parties filed a stipulation of voluntary dismissal. Dkt. 41. For avoidance of doubt, this case has been closed since November 14, 2020, there are no live claims to be dismissed, and thus there is no action to take on the parties' stipulation. The Court expects counsel, in future matters, to heed deadlines set by the Court.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        _____
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated:  September 22, 2022
        New York, New York

1